Case: 1:19-cv-06154 Document #: 1 Filed: 09/13/19 Page 1 of 14 PageID #:1

sxb

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
SEP 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEANETTE S.R. LIPINSKI )
_____ )
_____, )
    Plaintiff(s), )
 )
    vs. )    Case No.
YESENIA CHAVEZ, )
MANUEL CHAVEZ JR. )
JESSICA V. JOYCE, )
_____, )  1:19-cv-06154
OFFICER S. KUS *103, )  Judge Robert M. Dow, Jr
 )  Magistrate Jeffrey T. Gilbert
OFFICER J. ASTOR *105
    Defendant(s).

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___JEANETTE S.R. LIPINSKI_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Case: 1:19-cv-06154 Document #: 1 Filed: 09/13/19 Page 2 of 14 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **OFFICER S. KUS *103 AND OFFICER J. ASTOR**, is **\*105**.
   (name, badge number if known)

   ☑ an officer or official employed by **VILLAGE OF BURNHAM, IL.**;
   (department or agency of government)
   **YESENIA CHAVEZ, MANUEL CHAVEZ JR., JESSICA V. JOYCE.** or

   ☑ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **MUNICIPALITY BURNHAM. THORNTON TOWNSHIP**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **SEPTEMBER 14, 2017**, at approximately **5** ☐ a.m. ☑ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **BURNHAM POLICE DEPARTMENT**

   **Burnham, IL 60633-1617**, in the County of **COOK**,

   State of Illinois, at **14450 MANISTEE AVENUE BURNHAM, IL 60633**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☑ searched plaintiff or his property without a warrant and without reasonable cause;
   ☑ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☑ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____
   _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF LAW OF PLAINTIFF'S RIGHTS AS SECURED BY THE UNITED STATES CONSTITUTION. THE COURT HAS JURISDICTION PURSUANT TO 28 U.S.C&& 1331, 1367. VENUE IS PROPER UNDER 28 U.S.C.& 1391 (b). THE PARTIES RESIDE IN THIS JUDICIAL DISTRICT, AND THE EVENTS GIVING RISE TO THE CLAIMS ASSERTED HEREIN OCCURRED HERE AS WELL.

8. Plaintiff was charged with one or more crimes, specifically:

   DISORDERLY CONDUCT

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On September 14, 2017 and continuing thereafter, the above-named Defendants, Burnham Police Officers engaged in a second conspiracy to frame Plaintiff, JEANETTE S.R. LIPINSKI for Disorderly Conduct with which she had absolutely no involvement. As a result of the Defendants and Officers' actions Ms. Lipinski spent more than two years of her life wrongfully, painfully, suffering for a crime she did not commit. Defendants, with Burnham Police willfully and knowingly knew Ms Lipinski was suffering with a broken heart from the wrongful death of her beloved mother. And continued to harass Plaintiff with Hate speech,"I'm going to fucking hurt you," slander, property damage, solar crosses destroyed, emotional distress, and discrimination, even after Ms Lipinski was found NOT QUILTY, JUDGE ACQUITTED her. Plaintiff's home security was proof of her innocence and police would not look at the video, requested by Ms. Lipinski several times. Police deprived her of her pain medicine in jail 8 hrs. Deliberately locked her out of her house, lied to her friend processing 4 hrs delayed bail. Locked her in a freezing cold cell in her wet socks, shorts and tank top. Plaintiff called the police first but they did not respond to her call.

Ms Lipinski is a Minister in the Healing Ministry and because of the false arrest and consequences by the Defendants the Plaintiff was robbed of critical years of her calling to serve the Lord in helping people who need His healing. This lawsuit seeks redress for these injuries.

*Additional 9 pages of September 14, 2017 False arrest Police Complaint written by Plaintiff is attached, dated 10/3/2017 and revised on 12/30/17. What the report did not mentioned that Deft. Yesenia Chavez was was not there and came home at about 4:30p. Her brother Manuel Chavez Jr. lied to his sister that he was sprayed with the hose. He cut his grass while Plaintiff waited for him to be done before she watered her grass and flowers on the side of her house. Defendant Manuel walked behind her without her knowledge. The houses are only three feet apart. Plaintiff avoids all contact with him, for it is their habit to lie to destroy her. Also, on September 14, 2017, Plaintiff found out later that the female neighbor Defendant Jessica V. Joyce across the street made a false police report against Plaintiff, which is a felony, proved on security camera. None of the Defendant's are believer's in Jesus Christ nor go to Church, their choice! They violated Plaintiff's Civil Rights to live in Peace, choice of Freedom of Religion, United States Constitutional Rights of Political Party, and disrespected the age and disability of Plaintiff Ms Lipinski.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

PHYSICAL DAMAGE AND EMOTIONAL DISTRESS TO HEALTH.

PLAINTIFF'S GOOD NAME AND REPUTATION.

FINANCIAL HARDSHIP, DAMAGE TO PROPERTY.

PAIN AND SUFFERING. DISCRIMINATION OF RACE, AGE, RELIGION, POLITICAL, AND PEACE AND ENJOYMENT OF PROPERTY.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**\* SECTION #10 ADDITIONAL 9 PAGES**  Thursday, September 14, 2017

# BURNHAM POLICE OFFICERS

**FALSE ARREST COMPLAINT**

**Psalm 142:3 When my spirit was overwhelmed within me, Then You knew my path. In the way in which I walk. They have secretly set a snare for me.**

- On Thursday 9/14/17 I Jeanette Lipinski a Senior Disabled person on pain medication was wrongfully arrested by Officer Kus & Officer Astor on false charges of disorderly conduct at 5:45p.

- Jeanette Lipinski called Burnham Police at 5:39p after Yesenia Chavez orally threaten Jeanette Lipinski saying, "I'm going to fucking hurt you," repeatedly, in a strong hateful tone of voice, putting Jeanette in danger for her life. Yesenia Chavez physically threw water, leafs, and debris into Jeanette's face and body with her broom, on Jeanette's front yard while Jeanette was working on her mother's property watering her beloved mother's front lawn.

- When Jeanette was watering her front northwest side of grass, she heard behind her a loud screaming yelling voice, cursing, and swearing, When Jeanette turned around she saw Yesenia Chavez sweeping with a broom leafs, debris, and water from in front of Yesenia's house onto Jeanette's cleaned lawn and sidewalk. Jeanette walked toward Yesenia with the hose in her right hand and turned down the hose from a spray to single stream. While Jeanette was walking the hose caught on the wire border trim on the grass' edge, pulling the hose back and up a little in her right hand to the right of both Jeanette and Yesenia. No water went on them. It forces Jeanette to stop walking and she points the hose down to the ground. Jeanette continues to hear Yesenia Chavez screaming threats to Jeanette at the top of her lungs, yelling hate to Jeanette, "I'm going to fucking hurt you," "I'm going to fucking hurt you," repeatedly, non-stop, edging toward Jeanette in a mad out of control person rage. Instinctually out of hurt, pain and fear of Yesenia hurting Jeanette, as Yesenia kept screaming forcefully and very loud and hatefully, "I'm going to fucking hurt you." Jeanette with the hose pointing down to the ground watered the leaves, and debris on her sidewalk around her that Yesenia sweep onto Jeanette's side of the sidewalk from Yesenia's side; to the edge of Jeanette's sidewalk, with the hopes that it would deter Yesenia from hurting Jeanette. It did stop Yesenia physically but not orally from screaming and yelling at Jeanette, causing people to come out of their houses.

1

Thursday, September 14, 2017

Jeanette told Yesenia calmly, (Jeanette was on pain medication in a calm/slow mood), that she just cleaned the grass and sidewalk, but Yesenia was out of control and not in a reasonable mind to communicate with Jeanette. Then Yesenia sweep water, debris, and leaves into Jeanette's face and body, Jeanette walked away from her in prayer, pain and sorrow over the constant harassment from Yesenia for no legitimate reason. Jeanette then called the Burnham police to get help. Yesenia then takes pictures of her feet only on the clean side walk and dirty street, not her whole body.

- 5:40p Officer Kus drives up in front of Jeanette's house in a plan beige car in the middle of the street and walks over to Yesenia Chavez with Irma, and teen boy sitting on their house steps. Officer Kus doesn't respond to Jeanette's call for help? Yesenia tells officer Kus lies that Jeanette sprayed her with water. Officer Kus was not their more than 30 seconds when he looks at Jeanette with hatred and defiantly yells loudly at Jeanette from across the yard with Yesenia, "Your under arrest." Shocked and stunned, Jeanette sees officer Kus walk over to her with hate in his eyes and voice says again, "Your under arrest." Jeanette says for what? Officer Kus says disorderly conduct. Jeanette told officer Kus that it was not disorderly on her part, that Yesenia was the one that was out of control and disorderly. Officer Kus would not listen to Jeanette and then got on his radio for an officer to come arrest Jeanette. Officer Kus refused to listen to Jeanette's side of the story or see the front yard security camera in Jeanette's front yard. Jeanette realized then being a former licensed Security officer, that this was a setup, planned arrest, retaliation/revenge for Federal court case with another neighbor Castaneda false arrest, and Jeanette's acquittal. And for protecting a 19 yr. old boy with a disability being harassed in front of her house by officer Pena who was videoing Ms. Lipinski videoing them with her iPhone when other officer Bowen was talking to young man Tim Doe on September 6, 2017. Ms. Lipinski was falsely arrested again eight days later. No further explanation would help the matter, even though Jeanette tried to explain her side of the story, Officer Kus and officer Astor would not let her or listen to her.

- Officer Astor drove up in his police car within a minute after being called by officer Kus. Officer Astor walked up to Jeanette with a determined hateful look on his face with handcuffs in his hand. Jeanette tried to tell him the truth of what really happened. Officer Astor too walked up to Jeanette with a determination hatred for Jeanette, and forcefully said to Jeanette to drop the hose. Jeanette dropped the hose, then police officer Astor handcuffed Jeanette like a criminal behind Jeanette's back in front of the whole neighborhood watching, and took Jeanette to his police car back seat. Before Jeanette was taken to the police car. Jeanette told officer Kus that the garage and backdoor of the house were open and unlocked. Officer Kus said he would lock them.

2

Thursday, September 14, 2017

Jeanette said to officer Kus, you need the my key to lock the doors, they were on a band on Jeanette's wrist. Officer Kus ignored Jeanette's request to give him the key, then Jeanette was taken to the police car. Shocked, in pain, disbelief and sorrow, Jeanette prays for God's help.

- While Jeanette was in the police car Jeanette saw the Comcast young man walk by in front of Chavez and her house waving to the Chavez family, and then go to sit on the neighbors porch across the street from Jeanette's house at 14122 with a white girl with green hair, who Jeanette never seen before. On the way into the police car this unknown girl came out of her house in running in attack mode to the officer and yelled I saw her water her. Shocked in disbelief, Jeanette is thinking who is she and why is she lying? The girl was across the street far away? Jeanette didn't water Yesenia, the hose was pointed down. If Jeanette wanted to water Yesenia the hose would be directly pointed at Yesenia and she would be soaked. It shows on Jeanette's security camera clearly that the hose is pointed down on the ground. Jeanette had no malice in her heart to harm Yesenia. Jeanette knows, from being a minister, that Yesenia is a mixed up young person. As many are today, taking her hate and own destruction out on an easy target, and enjoying the false power to hurt Jeanette. Jeanette was on pain medication, slow, and just wanted to get away from Yesenia and her whole family whoare constantly harassing Ms. Lipinski for no good reason.

- The Comcast young man, on September 6, 2017, the Comcast man suspiciously took pictures on his cell phone of Jeanette's house and vehicle license plate in Jeanette's handicap parking space in front of her house. Jeanette saw him on her security camera and asked the Comcast man why he was taking those pictures and asked him to delete them from his phone after showing him her security camera of him taking them on her iPhone. The Comcast man said he would delete the pictures, but when officer Bowen responded to the call the Comcast man told him it was a selfie after officer Bowen told Jeanette to go back into Jeanette's house while he talked to the Comcast man. But, it clearly shows on the security camera that Jeanette showed officer Bowen, that the Comcast man's phone was at the Comcast man's waist after he looked around to see if anyone was watching him take the pictures. Officer Pena who was with officer Bowen when he came to Jeanette's door, wrongfully pulled officer Bowen away from Jeanette to show officer Bowen the video again. Officer Pena had a hateful unprofessional attitude toward Jeanette also, for no real reason? The Comcast man lied to officer Bowen which is against the law to lie to a police officer. Again, eight days later Ms. Lipinski was falsely arrested by Burnham police officers. Ms. Lipinski believes the Burnham police officers are in retaliation to Ms. Lipinski also for the wrongful death of her beloved mother who she was trying to save

3

Thursday, September 14, 2017

from her murders, and the police dropped the ball of justice for her and her victimized mother.

- 6p At the Burnham police station, officer Astor, took Jeanette's band of keys from her wrist, two cell phones, pored out her drink from her container that was in her pocket, and said to take off her necklace. In much sorrow, Jeanette said she hasn't taken the necklace off her neck since her beloved mother's death that her mother gave to Jeanette. Officer Astor didn't care and said hatefully to Jeanette, "Take it off or I'll break it off." Jeanette took off the very small necklace the size of a small pain pill. It would have done no harm to Jeanette whatsoever. Jeanette knew that that action grieved the heart of her mother and God, and broke Jeanette's heart as well, for this evil false arrest was not of God.

- 6:30p Jeanette was allowed to make two phone calls to a friends cell phone and office. The friend was not available so Jeanette left a voice message on each call. Jeanette told the officer she did nothing wrong. Officer Astor said to Jeanette, I gave them (Chavez) a dog ticket. Jeanette said what? When? Yes, he said, back then. Jeanette said why didn't you tell me this? He said nothing. Jeanette is thinking this is why Yesenia and family kept harassing her. Then officer Astor locked Jeanette in a cold cell with only shorts, a tank top, wet socks, and in pain from a botched foot operation injury with six screws in a medal plate, (caused by the negligence of officer Jesus Avila), and severe osteoporosis in Jeanette's back.

- 7p Officer Kus had no name tag on his shirt. Jeanette asked officer Kus his name. Officer Kus said it's on the ticket I'm going to give you. Jeanette said for what? Officer Kus said, the fence. Jeanette said, what fence? Officer Kus threatened Jeanette to give her a ticket everyday until it's taken down, and continue to finger print her. Shocked, Jeanette said there is no fence, you mean the decorative protective border? Jeanette said that's not a crime, I'm not a criminal and officer Kus said to Jeanette that she was. Jeanette told officer Kus again that she did nothing wrong, but officer Kus still refused to listen to Jeanette. Jeanette told officer Kus that she was not lying, that Jeanette value's her salvation too much to lie, for the bible says no liar will enter the kingdom of Heaven. Officer Kus said he put priests, and Christians in jail before. He would not listen to reason. Officer Kus was closed minded and judgmental to compare Jeanette to others. It is wrong judgment, to willfully and knowingly arrest an innocent person, and an abuse of police powers to harm a person against her will, and against the police code of conduct law. Officer Kus had trouble with the finger print scanner, then said to Jeanette, your friend called and will bail you out with $150.00 in a few hours, and locks Jeanette back into the cold cell. Jeanette told

4

Thursday, September 14, 2017

officer Kus that she needed her pain medicine. Officer Kus said do you want an ambulance? Jeanette said no, that she just needed her medicine, and asked if someone can get it for her? Officer Kus said no.

- 11p Jeanette is alone for four hours in the cold cell with no visitors from anyone. Jeanette is in great pain in her feet, legs, and back; praying for relief and deliverance from these evil spirits that has evilly come upon her. Officer Jesus Avila comes to the cell and asked Jeanette if she made a phone call. Jeanette told him officer Kus said that her friend was going to be here in a few hours and asked him what time is it? He said 11p. Jeanette said her friend should have been here by now. Officer Avila said, do you want to call again, Jeanette said yes, and he took her out of the cell to a room which was very hard for Jeanette to walk to in her painful foot and back. Jeanette called her friend again twice on cell and office number and left a voice mail message, and told her friend that they were going to take her to the cook county jail because she didn't have anyone come with now $120.00 bail. Officer Bowen comes in the room and talks with Jeanette a few minutes. Jeanette told him that officer Kus said her friend called and would be here in a few hours with $150.00 bail, that would be 9p. Officer Bowen asks the dispatch girl if anyone called for Jeanette since she came in? The dispatch girl says no! Jeanette said to officer Bowen is she sure? Officer Bowen asks the dispatcher again who has been on duty the whole time Jeanette was in custody, and the dispatcher said no one called back for Jeanette. Just as Officer Bowen was telling Jeanette this, the dispatcher said Jeanette got a call from her friend. Officer Bowen hands Jeanette the phone and asked her friend, is this the first time calling? Jeanette's friend said no, that she started calling after 7p several times, that they won't let her talk to Jeanette until after she was processed. It has been over four hours since Jeanette was processed and they wouldn't let her friend talk to Jeanette. This means officer Kus and the dispatcher lied to Jeanette and her friend deliberately to make Jeanette suffer in pain in the freezing cold cell without her medication. This is police brutality, and against the civil law, and against God's law. There is no justice and fear of God in a lawless police department.

- 1 Chronicles 16:22 *Saying,* "Do **not touch** My **anointed** ones, And do My prophets no harm."

- Job 13:10 He (God) will surely rebuke you if you **secretly** show partiality.

- 1:35a Jeanette's two friends came with bail of $120.00 not $150.00 as officer Kus told Jeanette, and bailed Jeanette out of jail and drove her home. Jeanette was in jail for over seven and half hours in pain because of evil lies and hatred for her. On the discharge paper of Jeanette's belongings, Jeanette sees that her small diamond

5

Thursday, September 14, 2017

necklace was not marked on the paper. Jeanette asked officer Bowen why? He said officer Astor forgot to mark it.

- 1:45a When Jeanette came home her hose was still running on the front sidewalk. Jeanette rolled it up to put it in her backyard. Jeanette could not open the garage door with her key nor her back door to the house, for officer Kus locked her out. Jeanette told officer Kus that he needed her key to lock the doors, he ignored Jeanette repeatedly. The bottom locks are taped closed as to not use them for Jeanette doesn't have a key for them. Officer Kus takes off the tape on both the garage and house back door and turns the button to lock the doors, caught on Jeanette's back porch security camera. He deliberately ignored what Jeanette was telling him and locked her out of her house. It was evil and cruel for him to do that, he knew that you don't tape up the door knob if it was being used, and after Jeanette told him several times he needed her key on her arm band to lock the garage and house back doors. Jeanette's vehicle was parked in front of her house in her handicap space because Jeanette was cleaning the garage before she watered the back and front yard grass. Jeanette had her vehicle door key on her arm band but not for her steering wheel lock, and got into her vehicle to get her garage opener to open the alley garage door and open the garage inside door to get a ladder out of the garage and climbed in the back-porch screen window that was open, no easy task. Officer Kus and officer Astor knew they were harassing Jeanette and caused Jeanette trouble, to make her, a senior disabled woman suffer, and they knew they will get away with it, because the Burnham police department deliberately refuses to help Jeanette in retaliation to her Burnham police federal false arrest case.

- Psalm 10:8 He sits in the lurking places of the villages; In the **secret** places he murders the innocent; His eyes are **secretly** fixed on the helpless.

- Officer Kus was not in his right frame of mind and made several errors on the police report as to the defendants Height 150, Weight 503, and Yesenia Chavez's address is 14123 not 14122 Greenbay Ave that is written on the police paper. Ms Yesenia signed the police paper under oath as correct and true when it is not correct.

- This is the fourth time in two years that Yesenia Chavez, and her family many times have stalked, harassed, vandalized several times caught on security camera of Jeanette's property. And incited a riot in the neighborhood and acted in an unreasonable manner to alarm and disturb Jeanette and provoke a breach of peace and safety to Jeanette a disabled Senior citizen. Yesenia nor her family was ever arrested.

6

Thursday, September 14, 2017

- Deuteronomy 27:24,"Cursed *is* the one who attacks his neighbor **secretly**."

- 9/14/17 6:05p Yolanda Castaneda goes over to the Chavez house and talks with Irma and her son about Jeanette on what happened after Jeanette was taken to the police station, caught on Jeanette's security camera. Yolanda is the gossip instigator in the neighbor turning all the Hispanic households against Jeanette who is not prejudice. They are caught on security camera damaging Jeanette's property many times. Officer Bowen and officer King made a report of the new neighbors Hispanic lady across the alley from the Chavez house damaging Jeanette's solar garage driveway marker, and them firing a gun.

- 9/17/17 4p Alonso Castaneda's younger brother kick's and damages wire boarder by Jeanette's mother flower planter in alley. Officer Jonas and officer Woody make a report of the incident after Jeanette shows officer Jonas the security video. But, as usual Alonso and his younger brother are never investigated or arrested. No one that has done damage to Jeanette's and mother's property has ever been arrested, even when caught on security video camera several times. But, Jeanette is falsely arrested now, twice. The Burnham police refuse to take the smoking gun out of the hands of the criminals, and negligent police, who killed her mother. Who deliberately harass and hurt Jeanette to silence her; to deliberately suppress the truth and their wrong doing. Jeanette will not be silenced. Jeanette's last words from her mother's death bed is, "Speak up Jeanette, Speak up." And Speak up Jeanette will in obedience, Justice, and Honor for her murdered beloved mother.

- 9/19/17 7:45p As a result of this evil action against Jeanette it has created a fire storm of harassment by many Hispanic adult, teen, and child in the neighborhood. Four teen girls and two children, one teen girl tramples down border wire by front sidewalk. Same girl as on 9/21/17 at 3:04p caught on video security camera.

- On 9/20/17 9:30a Jeanette visits Stephen Geraci Superintendent/Principal at the Burnham Elementary school. Stephen Geraci reviews the pictures taken from Jeanette's security camera and knows the girl that did the vandalism damage to Jeanette's front yard. Mr Geraci said he would talk to the girls parents, and tell them of the video and pictures of their daughter doing the damage to Jeanette's property.

- 9/21/17 at 3:04p Gracie Chavez and seven other teen girls coming from Burnham school, go by Jeanette's house in her frontyard with same girl again tramping down border wire by curb. Jeanette calls police and officer Kus answers the call and gives Jeanette another ticket and doesn't care about the damage done by the teen girl. He never asked to see the security camera on 9/14/17 nor on this day. He puts all the

7

Thursday, September 14, 2017

blame on Jeanette. The second ticket has the wrong code on it 62-192, for Alcoholic Liquor but says Nuisance fence on Parkway? This officer Kus has a serious mental problem and needs to be fired from the police department.

- 9/27/17 6:33p Two teen girls from the Burnham Elementary school come to Jeanette's house. The older teen girl apologizes to Jeanette for doing damage to her property. The teen girl said Stephen Geraci spoke to her. Jeanette asks the teen girl why she did it when she didn't know Jeanette. The teen girl responded, exactly, that she didn't know why she did it, and promised to never do it again. Jeanette saw that the teen was sincere and told the teen girl that, "God forgives her, and that she does to," and shook the teen girl's hand for being admiral to tell the truth. Why doesn't the Burnham police do their job and defuse evil thoughts and behavior? The Burnham principle Stephen Geraci showed more integrity than the Burnham police department ever did.

- 1 Corinthians 15:33 Be not deceived; "**Evil stories corrupt up-right minds.**"

- 10/1/17 Manual Chavez and his male friend park a large truck in Jeanette's handicap space without a handicap tag and stand against the truck smoking cigarette's in defiance against Jeanette that they can do whatever they want and get away with it and they do. Manuel Chavez broke into Jeanette's house and stole her deceased beloved mother's perfect condition white garden gloves off Jeanette's kitchen table as a warning to her that they will do whatever they want, whenever they want to her.

- The wire 1'2" x 8' Ornate Folding Border is not a fence. It is a border to 1). It protects Jeanette's hard work in repairing the grass with new dirt and seed from the three inch edging from the sidewalk caused by the Thornton Senior care students damage to the grass. 2). To protect the children and people from harm, from the very old cracking stone bricks sidewalk and curb from high traffic. Jeanette went to the Burnham Village and put in two requests for a new sidewalk with a handicap ramp over two years since 2015, it never happened. Jeanette put two orange pine cones over the deep holes in the damaged bricks as to protect the children from falls. Jeanette saw Ed Brock receive a new side walk and Jeanette went over to the workers and asked them why they didn't do her side walk. The man said he never received a work order from the village. Jeanette went to the Burnham village again and asked Ms. Chavez village clerk, who took Jeanette's name and address, but to this day 2017 it still hasn't been put in. The men that put in Ed's sidewalk came over out of concern and patched the two bad holes in the walkway. But the rest of the very old bricks continues to crumble. 3). Burnham village has many dog walkers and none of them pick-up their dog feces. Not to mention the possums, raccoons, and very

8

Thursday, September 14, 2017

many cats using the fresh dirt as a litter box and moles burrow holes in. The border is to prevent this from happening.

- The two nuisance ticket's given without notice, to Jeanette should be given to the Burnham village who refuse to talk to Jeanette to take care of city business and won't give Jeanette a new handicap sidewalk for everyone's safety. It is bad judgement by everyone how Jeanette takes care of her lawn, and no ill minded neighbors business.

- It is Jeanette's mother's wishes to take care of her house and property that she loved; and it is Jeanette's wishes to love her beloved mother, by taking care of it. The Fifth Commandment in the Bible says to "Honor thy father and thy mother." It is an **insult** to Jeanette's mother, and Jeanette, that it is a nuisance to love Jeanette's mother's property and to take care of her beloved deceased mother's property. And that this long time Burnham resident mother loved and worked so hard by taking excellent care of it.

- Luke 8:17 For nothing is **secret** that will not be **revealed**, nor *anything* **hidden** that will not be known and come to **light**.

- 2 Samuel 22:48 "It is **God** who executes vengeance for me, And brings down [and **disciplines**] the peoples under me.

- Romans 12:19 Beloved, do not avenge yourselves, but rather give place to wrath; for it is written, **"Vengeance is Mine, I will repay," says the Lord.**

- Hebrews 10:31 **It is a fearful thing** to fall into the hands of the **living God**.

- Jeremiah 26:3-6, If so be they will hearken, and turn every man from his evil way, that I may repent me of the evil, which I purpose to do unto them because of the evil of their doings. And thou shalt say unto them, Thus saith the Lord: If ye shall not hearken to me, to walk in my law, which I have set before you, To hearken to the words of my servants the prophets, whom I sent unto you, both rising up early, and sending *them*, but ye have not hearkened; Then will I make this house like Shiloh, and will make this city a curse to all the nations of the earth.

signed,

*Jeanette Lipinski*

Jeanette Lipinski 10/3/2017, revised 12/30/17.

9

Case: 1:19-cv-06154 Document #: 1 Filed: 09/13/19 Page 14 of 14 PageID #:14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendants

B. ☑ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendants and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Jeanette S.R. Lipinski*

Plaintiff's name *(print clearly or type)*: JEANETTE S.R. LIPINSKI

Plaintiff's mailing address: 14121 S. GREENBAY AVENUE

City BURNHAM  State IL  ZIP 60633-1617

Plaintiff's telephone number: ( 708 ) 933-0367

Plaintiff's email address *(if you prefer to be contacted by email)*:

MYHEALINGJESUS@OUTLOOK.COM

15. Plaintiff has previously filed a case in this district. ☑ Yes ☐ No

*If yes, please list the cases below.*

1:16-CV-07153

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5